No. 4804.—Smallwood, et al., apltes., v. Acevedo, demandado y Gallardo, Tesorero, apldo.—⬛⬛⬛ C. D. San Juan. Dic. 24, 1928.

Por cuanto interpuesta la presente apelación el 21 de marzo de 1928 la parte apelante no ha radicado aún los autos en esta corte sin que exista en la sentenciadora pendiente

de aprobación exposición del caso, pliego de excepciones o transcripción de evidencia algunos; y

POR CUANTO por tal motivo la parte apelada ha solicitado la desestimación del recurso y notificada la apelante y citada para la vista de la moción, nada ha objetado;

POR TANTO, de acuerdo con la ley y la jurisprudencia aplicables, se desestima la apelación establecida.